**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00066-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS WOHLMAN,

    Defendant.

---

### ORDER FOR RELEASE FROM CUSTODY

---

    PURSUANT to and in accordance with the Supervised Release Violation Hearing held before Daniel D. Domenico, United States District Judge, on May 12, 2021, the Court finds the court finds by clear and convincing evidence that detention is no longer necessary. Therefore, it is hereby

    ORDERED that Defendant Thomas Wohlman shall be processed for release from custody as soon as possible to be placed back on supervised release.

    Dated:   May 12, 2021.

                                  BY THE COURT:

                                  s/ Daniel D. Domenico
                                  Daniel D. Domenico,
                                  UNITED STATES DISTRICT JUDGE