IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00066-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**THOMAS WOHLMAN,**

      **Defendant.**

## DEFENDANT'S UNOPPOSED MOTION FOR ORDER

      Defendant, Thomas Wohlman, through appointed counsel, Timothy P. O'Hara, and the Office of the Federal Public Defender, files this Unopposed Motion for Order, requesting that the Court terminate the proceedings related to the United States Probation Department's Petition for Warrant on Person Under Supervision [Doc. 19] by sentencing him to **time served**. Undersigned counsel has advised the government and probation department of the present request and neither has an objection to terminating the Petition.

      1) On March 31, 2021, the Probation Department filed a Petition for Warrant on Person Under Supervision. *See* Doc. 19.

      2) On April 9, 2021, Mr. Wohlman was arrested and appeared for an Initial Appearance. *See* Doc. 22.

      3) On May 12, 2021, the parties appeared before the Court and Mr. Wohlman admitted violations 1 and 2 from Doc. 19. *See* Doc. 39. After hearing from the parties, the Court released Mr. Wohlman from custody and continued the Sentencing Hearing for one year without imposing any sentence of imprisonment. *See id.* The Court indicated that if Mr. Wohlman stayed

violation free for the one-year term, that "I guess we'll come back and just vacate [the sentence] or something like that." *Id.* The Court imposed two modifications to supervised release. *See id.* The Court did not issue a judgment and Mr. Wohlman resumed supervised release. *See* Doc. 40.

4) On July 23, 2021, the probation department requested that the case be reset for sentencing following allegations that Mr. Wohlman was not "amenable for sex offender treatment based on the defendant's own poor conduct and presentation." *See* Doc. 41 at p. 2.

5) On August 25, 2021, undersigned counsel filed a Motion to Modify the Conditions of Supervised Release [Doc. 45], requesting that the Court allow Mr. Wohlman to attend sex offender treatment with his previous therapist. *See id.*

6) On January 27 and February 4, 2022, the parties appeared for evidentiary hearings relating to the Motion to Modify and to the probation department's allegations that Mr. Wohlman had violated the terms of supervised release. *See* Docs. 60 & 64.

7) On February 11, 2022, the Court issued an Order, denying Mr. Wohlman's Motion to Modify [Doc. 45], and rejecting the probation department's request to violate Mr. Wohlman further and to imprison Mr. Wohlman. *See* Doc. 65 at p. 4. Instead, the Court extended Mr. Wohlman's Sentencing Hearing for "an additional nine months from [February 11, 2022],[1] instructing the probation department to request a hearing for imposition of sentence "[i]n the event of further violations." *See id.* at p. 7.

8) The probation department did not allege additional violations by Mr. Wohlman before either November 11, 2022, or the end of 2022.

---

[1] Also in the Court's Order, the Sentencing Hearing was continued "through the end of 2022." *See* Doc. 65 at p. 3.

9) As a result, the period set by the Court for the matter to return for the Sentencing Hearing has expired. Undersigned counsel requests that the Court terminate the Petition by imposing a sentence of time served.

10) Undersigned counsel contacted the Assistant United States Attorney to determine her position regarding a termination of the original Petition [Doc. 19]. The government agreed that the original Petition should be terminated with a sentence of time served. The probation department also does not oppose the termination of the original Petition.

WHEREFORE, undersigned counsel requests that the Court terminate the Petition [Doc. 19] with a sentence of time served.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Mr. Wohlman

*I certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

CERTIFICATE OF SERVICE

I certify that on May 9, 2023, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION FOR ORDER**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Alecia L. Riewerts, Assistant United States Attorney
    Email:  Alecia.Riewerts@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Thomas Wohlman (*via U.S. Mail*)

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Mr. Wohlman