IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00066-DDD

UNITED STATES OF AMERICA,

    Plaintiff,
v.

**THOMAS WOHLMAN,**

    **Defendant.**

---

**UNOPPOSED MOTION TO RESTRICT ACCESS**

---

MR. THOMAS WOHLMAN, through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, respectfully requests Document Nos. 83 and 84 be restricted at Level 2.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/*Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Timothy_OHara@fd.org
    Attorney for Mr. Wohlman

**CERTIFICATE OF SERVICE**

I certify that on May 10, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Alecia L. Riewerts
    Assistant U.S. Attorney
    Email:  Alecia.Riewerts@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Thomas Wohlman (U.S. Mail)

    s/*Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy.OHara@fd.org
    Attorney for Mr. Wohlman