IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00066-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**THOMAS WOHLMAN,**

    **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

MR. THOMAS WOHLMAN, through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, respectfully requests Document Nos. 88 and 89 be restricted at Level 2.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender

                                        s/*Timothy P. O'Hara*
                                        TIMOTHY P. O'HARA
                                        Assistant Federal Public Defender
                                        633 Seventeenth Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  Timothy_OHara@fd.org
                                        Attorney for Mr. Wohlman

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Alecia L. Riewerts
    Assistant U.S. Attorney
    Email:  Alecia.Riewerts@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Thomas Wohlman (U.S. Mail)

                                                s/*Timothy P. O'Hara*
                                                TIMOTHY P. O'HARA
                                                Assistant Federal Public Defender
                                                633 Seventeenth Street, Suite 1000
                                                Denver, Colorado  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                Email:  Timothy.OHara@fd.org
                                                Attorney for Mr. Wohlman