IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00066-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS WOHLMAN,

    Defendant.

---

**MOTION TO RESTRICT DOCUMENTS NO. 117 AND 118**

---

The United States of America (the "government"), by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorney Alecia L. Riewerts, respectfully moves to restrict Document No. 117, any order revealing the sensitive contents of that document, and the brief filed in support of this motion (Doc. No. 118), for the reasons stated in the brief filed in support of this motion. The government requests a "Level 1" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by the parties & Court" only.

//

//

//

//

//

//

//

Dated this 20th day of November, 2023.

>Respectfully submitted,
>
>COLE FINEGAN
>United States Attorney
>
>By:   *s/ Alecia L. Riewerts*
>ALECIA L. RIEWERTS
>Assistant United States Attorney
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>E-mail: Alecia.Riewerts@usdoj.gov
>Attorney for Government

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Alecia L. Riewerts*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                              *s/Portia Peter*
                                              Legal Assistant
                                              United States Attorney's Office
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone: 303-454-0100
                                              Email: Portia.peter@usdoj.gov